UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-10185-ODW<br>Bankruptcy Ct. Case No. 2:23-bk-13307-NB<br>Adversary Case No. None | Date | December 3, 2025 |
|---|---|---|---|
| Title | *In Re Seyed Mustafa Maghloubi* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

On October 28, 2025, Appellant noticed this appeal and statement of election. (Notice of Appeal, Dkt. No. 1.) The Court notified Appellant that he must file the following documents with the Clerk of the Bankruptcy Court within fourteen days of filing the notice of appeal: a designation of record; a statement of issues on appeal; and a notice regarding the ordering of transcripts. (Notice Re Appeal 1, Dkt. No. 3.) As of November 7, 2025, Appellant had not filed the required documents. (Appeal Deficiency Notice, ECF No. 5.) Accordingly, on November 12, 2025, the Court ordered Appellant to show cause within seven days why this appeal should not be dismissed for lack of prosecution. (TOE, Dkt. No. 6.) The Court informed Appellant that "[f]ailure to timely and adequately comply with this order may result in dismissal of this appeal for lack of prosecution."

To date, the Court has not received the required documents nor any other filing from Appellant. Consequently, this appeal is **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED.**

: 00

Initials of Preparer  SE